Cite as 2022 Ark. App. 43

# ARKANSAS COURT OF APPEALS
DIVISION IV
**No.** E–21–215

| | |
|---|---|
| FRED JACKSON<br><br>APPELLANT<br><br><br>V.<br><br><br><br>DIRECTOR, DEPARTMENT OF WORKFORCE SERVICES<br><br>APPELLEE | **Opinion Delivered** February 2, 2022<br><br>APPEAL FROM THE ARKANSAS BOARD OF REVIEW<br><br>[NO. 2021-BR-01219]<br><br><br>AFFIRMED |

## RAYMOND R. ABRAMSON, Judge

Fred Jackson appeals the Arkansas Board of Review's (the Board's) decision that was mailed on April 22, 2021. In the decision, the Board affirmed the decision of the Appeal Tribunal, which conducted a hearing on January 8, 2021. The Appeal Tribunal affirmed the Division of Workforce Services' issuance of a "Notice of Non-Fraud Overpayment Determination" to Jackson on September 25, 2020, finding he was liable to repay $940 in benefits pursuant to Arkansas Code Annotated section 11-10-532(b) (Supp. 2021). We affirm the Board's decision but note that in the record before us, Jackson provides confirmation that he has made payment to satisfy the overpayment determination.

In Jackson's petition for review, he includes a copy of a personal check for the overpayment amount of $940, dated February 2, 2021, and deposited into an account of the Arkansas Division of Workforce Services. We therefore affirm the decision with the

acknowledgement that Jackson has satisfied the overpayment decision by the payment in full of $940 to the agency. No further action is needed at this time.

Affirmed.

BARRETT and BROWN, JJ., agree.

*Fred L. Jackson*, pro se appellant.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee.